## No. 16,682.

BOYLE, ADMINISTRATRIX *v*. ELLISON.
(251 P. [2d] 1078)

Decided December 22, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. GEORGE G. ROSS, for plaintiff in error.

Mr. B. F. REED, Mr. JOSEPH E. MAKER, MISS GRACE KENEHAN, for defendant in error.